I'm going to read a letter to you to meet the court. We need to lift the money off of our residents that live outside of Indiana, but the mental health solution we need is actually here. We want to urge you to support a government with a motive that ensures the retirement of others in Indiana, in terms of ensuring the future of the Indian people. I still have it. We'll urge you to go ahead and do it. Remember, we're a state-sponsored group, and we're trying to find a way to make a difference in your community. We need to see how the government is actually doing and how it's doing for us. We are your unforgivable crime. We need to show you how we need to be prepared. We need to monitor our crime. I'm sorry, I just need you to be more than a team. We're going to do it. We're going to do it. And we expect you to be the best-working artists in the nation. We hope you share your professional vision with your young artists The government was forced to choose to return to our country. While trying to advance the independence of the Indiana people, the government's response was lovely. It has a two-fold push. It has a two-fold report of the records. The Indiana people's report and the government's position of the Indiana people's government are very different. We need to change this big order. The Indiana people's stance determines the status of our country. However, there's a lot of issues to deal with in the United States. We need to change it. And we also have a reputation for being anxious to enforce a whole order which is a two-fold report. Furthermore, we have other things at the final stages to make sure that we're doing. I think the government's orders are concerned. I don't know how they are going to do so. I don't think they're going to give me the opportunity to talk to her. Even if she talks to me, she's not going to talk to me. She's not going to talk to me. Moreover, there are other things we have to do. I don't know if you've ever interviewed, but she once interviewed me twice. Once to file a report, and at the same time to follow up. If she gets told that she can't get paid, or it's not that easy, I know she filed a good report. Thank you so much for that. And it's all gone. I understand. It's catching me. It's gone. I'm sorry. Thank you. Thank you. Thank you. Thank you. I know you've come in a long time from the States. You haven't been back to the States for years and years and years. Let me take it off. I'm taking it to an interview. Why a bill should be adopted? I don't know. The government, as you said, does not want to see a social group of people who are in a social engagement relationship, you know, even like on our local website. The claims that were made a couple of months ago point out the fact that the government is challenged. The government, you know, the federal government was fully engaged with the campaigner, and she was being challenged. So, yeah, I mean, that's one of the reasons why, you know, my position is not knowledgeable about the stats, but there is a bunch of them. A lot of them are also fully engaged. As you said, you know, well, either this is all a game or I'm trying to figure out why the government is trying to throw this strong woman out. I mean, she hasn't been engaged. She hasn't been engaged. No, you are right. The government is not engaging with the campaigner. So, I wanted to ask you about that. I know that you also have a follow-up. You said follow-up. I mean, did you participate in the litigation? Did you run circuits? Did you sell any funds? Did you pursue any help? No, you are right. I told you I was not actually engaged with the campaigner. So, yes, I had been involved in the draft, but we were not engaged. I knew I was. I would like to defer to the National Academies for a few minutes. I know it's a little bit of a long speech, but I will try to keep it short. I'll call on Mr. Suwan, if that's okay with you. Good evening, Your Honor. Good evening, Mr. Court. My name is Eric Lee. I'm arguing as to how far the court seems to want to reduce the results of the Montgomery Women's Law in the multi-agent relationship system. In an EIA intervention here, I think we need to consider all of the evidence in evaluating this as far as versus between corporate jurisdiction and the industry's solution. So, I first call on you, Your Honor, as to how the precedent belongs to the particular section of the Montgomery Women's Law in the multi-agent relationship system, as the EIA intervention here in regards to the point you mentioned, James, that belongs to any routine decision. First, Your Honor, I think it's obvious that you're looking at an ability to be more patient. Just basically, your business with the ability to be more patient. I just want you to understand that EIA fails to take into account the factors that the jurisdiction requires in determining whether or not we've outrun an RCS decision that wasn't meaningful. So, first of all, the jurisdiction provides a status that in this relationship should be able to meet any monitoring constraints and indicators must be considered in the context of a personal experience as well as a form of administrative agency to respect regulatory conditions and information. And here, it's impossible, and it's not a lot of evidence, that RCS doesn't meet and the interesting part of this is actually in the relationship that certain cases are seen to start by doing a separation that maybe disrupts the case or impedes the case since so much agency serves and you reduce development or regulates certain cases in the relationship of the agency to be able to monitor how RCS is out. So, for example, in this first case that I just mentioned, the point of interest by the jurisdiction is determined is based on what the decision was in the conference that the jurisdiction helped them learn through how loud and stocky and tight the jurisdiction had in that example because the agency's objective versus the SBA scheme of intimidation and harassment and threats. So, it's not clear that this type of harassment is going to reduce the audience's sensibilities versus humor. So, I'll say the following on your screen. The BIA and the BG as you consider all the evidence is determining whether or not it is possible whether certain whether or not worse. I think that an example of RCS would be torture in the jurisdiction of course. I can also mention that in the case of COVID in terms of the possibility of this type of harassment  of course there are several other instances here where we can choose and also just gain and also obtain diversity. That's demonstrated by the fact that on pages of the record the BIA says there are two years that are marked with green or green cards in the jurisdiction and so I'll mention that because however it has to be consistently throughout the jurisdiction and provided by the  it is actually stated in the document for categorization so so there's provided by the jurisdiction as well so we're remembering here that the BIA here is the health substitution here so historically the anti-semitic anti-semitism in in Burleson family one of the questions from those individuals who came here was
judges: Schroeder, Wardlaw, Owens